States Constitution and due course of law under the Texas Constitution because of the erroneous jury instructions. Finally, he asserts that he was subjected to an *ex post facto* law because his appeal was examined under a standard adopted after his crime.

Because we have found that the charge complained of was not objectionable, appellate counsel cannot be faulted for failing to raise the charge as a point of error on appeal. Because these constitutional issues were not raised on appeal, the new fundamental error rule was not applied to them; and because the new rule was not applied, no *ex post facto* question exists. We conclude, therefore, that Buxton's additional claims do not demonstrate that substantial legal issues remain outstanding.

## IV. CONCLUSION.

Because we find that there has been no substantial showing of the denial of a federal right, we deny Buxton's application for a certificate of probable cause to appeal. Furthermore, because Buxton demonstrates neither a substantial case on the merits nor that the balance of the equities weighs in his favor, we deny his motion for a stay of execution.

CERTIFICATE OF PROBABLE CAUSE TO APPEAL DENIED.

STAY OF EXECUTION DENIED.

Jerry Lynn Young, Parchman, Miss., pro se.

Marvin L. White, Jr., Asst. Atty. Gen., Charlene R. Pierce, Sp. Asst. Atty. Gen., Mike Moore, Atty. Gen., Jackson, Miss., for respondents-appellees.

## ON SUGGESTION FOR REHEARING EN BANC

Before CLARK, Chief Judge, POLITZ, KING, JOHNSON, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER and BARKSDALE, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

Jerry Lynn YOUNG,
Petitioner–Appellant,

v.

Robert HERRING, Lee County Sheriff, et al., Respondents–Appellees.

No. 89–4095.

United States Court of Appeals, Fifth Circuit.

Feb. 26, 1991.

Prof. Henry Gabriel, Loyola University Law School, New Orleans, La. (Court-appointed), for petitioner-appellant.

UNITED STATES of America, Plaintiff–Appellee,

v.

Orrin SHAID, Jr., Defendant–Appellant.

No. 88–2716.

United States Court of Appeals, Fifth Circuit.

Feb. 26, 1991.

Orrin Shaid, Jr., Terre Haute, Ind., pro se.